**Joseph Danny PROPHET, Petitioner— Appellant,**

**v.**

**SUPREME COURT of State OF CAL- IFORNIA; et al., Respondents— Appellees.**

**No. 07–15170.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Dec. 2, 2008.

Joseph Danny Prophet, Jamestown, CA, for Petitioner–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

MEMORANDUM **

California state prisoner Joseph Danny Prophet appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition for failure to exhaust state remedies. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

The district court properly dismissed the action because Prophet did not exhaust his state court remedies before filing a petition in the district court. *See Davis v. Silva,* 511 F.3d 1005, 1008 (9th Cir.2008).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.